IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DATRIST McCALL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:12-CV-6-WKW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

On January 12, 2012, the Magistrate Judge filed a Report and Recommendation (Doc. # 2) regarding Petitioner McCall's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 (Doc. # 1). No timely objections have been filed. Based upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 2) is ADOPTED; and

2. this case is DISMISSED without prejudice for lack of subject matter jurisdiction.

DONE this 27th day of January, 2012.

           /s/ W. Keith Watkins
           CHIEF UNITED STATES DISTRICT JUDGE